1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JEFFREY L. PHILLIPS,                    No. 2:14-mc-00138-KJM-AC

12              Petitioner,                  No. 2:14-mc-00139-TLN-DAD

13        v.                                 No. 2:14-mc-00140-TLN-DAD

14   UNITED STATES OF AMERICA,               No. 2:14-mc-00149-MCE-DAD

15              Respondent.

16                                           RELATED CASE ORDER

17

18              Examination of the above-stated case numbers reveals that the cases are related

19   within the meaning of Local Rule 123(a).  Here, the "actions involve similar questions of fact and

20   the same question of law and their assignment to the same Judge or Magistrate Judge is likely to

21   effect a substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the

22   assignment of these matters to the same judge is likely to effect a substantial savings of judicial

23   effort and is likely to be convenient for the parties.

24              The parties should be aware that relating cases under Rule 123 causes the actions

25   to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related

26   cases are generally assigned to the judge and magistrate judge to whom the first filed action was

27   assigned.

28

                                              1

1         As a result, it is hereby ORDERED that the following cases, No. 2:14-mc-00139-

2   TLN-DAD; No. 2:14-mc-00140-TLN-DAD; and No. 2:14-mc-00149-MCE-DAD, are reassigned

3   to the undersigned and to Magistrate Judge Allison Claire.  Henceforth, the caption on documents

4   filed in the reassigned cases shall be shown as: 2:14-mc-00139-KJM-AC; 2:14-mc-00140-KJM-

5   AC; and 2:14-mc-00149-KJM-AC.

6         It is further ORDERED that the Clerk of the Court make appropriate adjustment in

7   the assignment of miscellaneous cases to compensate for this reassignment.

8         IT IS SO ORDERED.

9   DATED:  March 2, 2015.

10

11                                                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28